# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 31, 2014

147728

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

LESLIE C. BRAVERMAN, as Conservator
for PAMELLA JEAN SMUTZKI, Deceased,
Plaintiff-Appellee,

v

SC: 147728
COA: 306492
Oakland CC: 2010-110523-NF

AUTO-OWNERS INSURANCE COMPANY,
Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the August 20, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 31, 2014



Clerk

h0127